UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARINE RASAMETRAIPOB,

          Plaintiff,

   -v-

MIMOUNE INC., et al,

          Defendants.
-------------------------------------------------------------X

**ORDER**

19-CV-11489 (ALC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

In light of the mediation conference scheduled for June 30, 2020, the initial case management conference scheduled for April 14, 2020 is hereby adjourned *sine die*. Within one week of completing mediation, the parties are directed to inform the Court by letter filed on the docket whether the case has been settled. If the case has not been settled, the Court will promptly reschedule the initial case management conference.

    **SO ORDERED.**

Dated: March 26, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1