USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CARINE RASAMETRAIPOB,

               Plaintiff,                             **ORDER SCHEDULING SETTLEMENT CONFERENCE**

          -v-                                        

MIMOUNE INC, *d/b/a* BYL CAFE, and         19-CV-11489 (ALC) (JLC)
LAURENCE B. MICHIELS,

               Defendants.
-----------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The Court held an initial case management conference today, at which the parties and the Court conferred, and agreed that a settlement conference will be held before me on **September 22, 2020** at **2:30 a.m.**  The parties should confirm with the Court whether they wish to proceed with the September 22 conference by filing a letter on the docket by **September 11, 2020.**  The conference will be held by telephone.  Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586).  Using the conference line system, the Court will begin the settlement conference in joint session with all parties on the line before breaking into private session and speaking to the parties individually, as the technology the Court is using should be able to facilitate breakout sessions with each side.

      The Court's "Standing Order for All Cases Referred for Settlement to Magistrate Judge James L. Cott" is enclosed and is incorporated herein by reference.  Please read the Standing Order carefully.  **Failure to comply with the Standing Order may result in sanctions.**  The parties are directed to pay particular attention to paragraph 5, which sets forth who must appear at the conference on behalf of a corporate party.  The parties should also note that paragraph 3 of the Standing Order requires *ex parte* written submissions to be made five (5) business days prior

to the conference, in this case **September 15, 2020**.  Paragraph 4 requires that a copy of the Acknowledgment Form be submitted to opposing parties and another copy be submitted to the Court together with the *ex parte* settlement letter.  Pursuant to the instructions in the Standing Order, the parties should email these materials to CottNYSDChambers@nysd.uscourts.gov.  No courtesy copies need to be mailed to chambers.

Finally, Paragraph 3 of the Standing Order requires that if plaintiff has not already made a demand, he must do so no later than 14 days prior to the conference, and defendants shall respond no later than 7 days thereafter.  Even if plaintiff has made a demand as part of a court-ordered or private mediation previously attended by the parties, plaintiff is still required to make (or renew) a demand 14 days prior to the conference, and defendants must respond within 7 days.  In other words, the parties should not wait for the settlement conference in order to commence negotiations of a resolution of their dispute.

**SO ORDERED.**

Dated: July 27, 2020
New York, New York

_____
JAMES L. COTT
United States Magistrate Judge